# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :     No. 199 EAL 2016
                                  :
          Respondent              :
                                  :     Petition for Allowance of Appeal from
                                  :     the Order of the Superior Court
          v.                      :
                                  :
                                  :
DWAYNE JONES,                     :
                                  :
          Petitioner              :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.